UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHERRY-ANN BURGESS,<br><br>Defendant. | **Deferred Prosecution Agreement**<br><br>24 Mag. 109 |

TO: SHERRY-ANN BURGESS

On January 10, 2024, a criminal complaint was issued by a United States Magistrate Judge in the Southern District of New York, in which you are accused of committing an offense against the United States, to wit, illegal reentry, in violation of Title 8, United States Code, Section 1326(a) and (b)(2). However, after a thorough investigation, it has been determined that the interest of the United States of America and your own interest will be best served by deferring prosecution in this District. Prosecution will be deferred during the term of your good behavior and satisfactory compliance with the terms of this agreement for the period of six months from the signing of this agreement. The terms and conditions constituting your good behavior and satisfactory compliance are as follows:

(1) You shall refrain from the violation of any law (federal, state and local). You shall immediately contact your U.S. Pretrial Services Officer if arrested or questioned by a law-enforcement officer.

(2) You shall associate only with law-abiding persons.

(3) You shall work regularly at a lawful occupation and/or regularly attend school and support your legal dependents, if any, to the best of your ability. When out of work or not attending school you shall notify your supervising U.S. Pretrial Services Officer immediately. You shall consult him or her prior to job and school changes.

(4) You shall not leave the Southern or Eastern Districts of New York or the District of New Jersey without permission of your supervising U.S. Pretrial Services Officer.

(5) You shall notify your supervising U.S. Pretrial Services Officer immediately of any change in your place of residence.

(6) You shall follow your supervising U.S. Pretrial Services Officer's instructions and advice.

(7) You shall report to your supervising U.S. Pretrial Services Officer as directed.

(8) You shall abide by any directives of the U.S. Immigration and Customs Enforcement.

As a further condition you hereby consent to disclosure, by any federal, state or local government agency, or by any medical or substance abuse treatment provider, to the U.S. Pretrial Services Officer supervising your case, of such medical and treatment records as may be requested by the Pretrial Services Officer to evaluate deferral of prosecution in this case. You further agree that you will execute any additional consent forms that any such agency or provider may require to release such information.

Special conditions are as follows:

The United States Attorney may at any time revoke or modify any condition of this provisional release or change the period of such supervision. The United States Attorney may discharge you from supervision at any time. The United States Attorney may at any time proceed with the prosecution for this offense should the United States Attorney, in his or her sole discretion, deem such action advisable.

If upon completion of your supervision a written report from your supervising U.S. Pretrial Services Officer is received to the effect that you have complied with all the rules, regulations and conditions and special conditions applicable to your deferred prosecution, no further prosecution will be instituted in this District for the above offense.

Dated:   New York, New York
         September 25, 2024

                                          DAMIAN WILLIAMS
                                          United States Attorney for the
                                          Southern District of New York

                                    By:   _____
                                          Ryan T. Nees
                                          Assistant United States Attorney
                                          (212) 637-1595

[THIS PORTION OF THE PAGE HAS BEEN INTENTIONALLY LEFT BLANK]

2

The undersigned hereby consents to the foregoing and expressly waives any and all rights to a speedy trial pursuant to the Sixth Amendment to the United States Constitution, the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*, and any other pertinent provisions, and consents to the adjournment of all pending proceedings in this case. The undersigned further waives the applicable statute of limitations with respect to any prosecution that is not time-barred on the date that this agreement is signed. It is the intent of this provision to toll the applicable statute of limitations during the pendency of the deferred prosecution.

Dated: New York, New York
September 25, 2024

_____
Martin Cohen, Esq.
Attorney for Defendant

_____
Sherry-Ann Burgess
Defendant

Pursuant to 18 U.S.C. §3161(h)(2), exclusion under the Speedy Trial Act of the period of time during which the prosecution of the defendant is deferred pursuant to this agreement is hereby approved.

Dated: New York, New York
September 25, 2024

_____
HON. KATHARINE H. PARKER
United States Magistrate Judge

The undersigned hereby consents to the foregoing and will accept supervision of the above-named defendant on the conditions set forth herein.

Dated: New York, New York
September 25, 2024

_____
Stephen Boose
United States Pretrial Services Officer

3