# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **24 Mag. 109**  
USAO No. **2023R01257**

Date **03/25/2025**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint    ☐ Removal Proceedings in

United States v. **SHERRY-ANN BURGESS**

The Complaint/Rule 40 Affidavit was filed on **01/10/2024**

✓ *U.S. Marshals please withdraw warrant*

*[signature]*  
ASSISTANT UNITED STATES ATTORNEY  
(handwritten or digital signature)

Ryan T. Nees  
(print name if signature handwritten)

**SO ORDERED:**

DATE:  March 25, 2025

*[signature]*  
UNITED STATES MAGISTRATE JUDGE